# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WILEY, | ) | NO. CV 11-3888 JVS (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MIKE MCDONALD, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 11, 2011.

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE